THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAN GIA DUONG,<br><br>Defendant. | Case No. CR10-0111<br><br>ORDER FOR PRETRIAL DETENTION |

On the 9th day of May 2011, this matter came on for hearing on the Petition for Revocation of Pretrial Release (docket number 31) filed by the Government on May 3, 2011. The Government was represented by Assistant United States Attorney Patrick L. Reinert. Defendant Chan Gia Duong appeared personally and was represented by his attorney, Timothy Francis McCarthy, II. For the reasons stated by the Court on the record at the time of hearing, the Court finds that Defendant's pretrial release should be revoked.

## ORDER

IT IS THEREFORE ORDERED that the Petition for Revocation of Pretrial Release (docket number 31) filed by the Government on May 3, 2011 is hereby **GRANTED**. Defendant's pretrial release is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 9th day of May, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA