# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS   DIVISION

| UNITED STATES OF AMERICA | **HEARING MINUTES** | Sealed: | No |
| --- | --- | --- | --- |
| Plaintiff(s) | Case No.: | 10-CR-111-LRR | |
| vs. | Presiding Judge: | Chief Judge Linda R. Reade | |
| CHAN GIA DUONG | Deputy Clerk: | Ryan Leemkuil | |
| Defendant(s) | Court Reporter: Patrice Murray | Contract? | No |
| | (If yes, send copy to financial) | | |
| | Recording: Yes | Method: | FTR Gold |

| Date: | 08/01/2011 | Start: | 1:40 p.m. | Adjourn: | 2:20 p.m. | Courtroom: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Recesses: | None | | | Time in Chambers: | None | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Pat Reinert | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Defendant(s): | Timothy McCarthy, II (Defendant appeared personally) | | | | |
| | U.S. Probation: | Jessica Clark | | | | |
| | Interpreter: | Mary So | Language: Cantonese | Certified: No | Phone | Y |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
| --- | --- | --- | --- | --- | --- |

| **SENTENCING:** | | | |
| --- | --- | --- | --- |
| Objections to PSIR: | None | Ruling: | |
| Motions to vary/depart: | Stipulated to upward departure per sentencing agreement | Ruling: | See J&C and Transcript |
| Count(s) dismissed: | None | | |
| Sentence (See J & C): | See J&C and Transcript | | |

| Fine: | | Special assessment: | |
| --- | --- | --- | --- |
| Supervised Release: | | | |
| Court's recommendations (if any): | | | |
| Defendant is | Detained | and shall report | |
| Witness/Exhibit List is | Attached | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| Miscellaneous: | Hearing concluded. |
| --- | --- |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WITNESS & EXHIBIT LIST** |
| Plaintiff(s), | Case No. 10-CR-111-LRR |
| vs. | Presiding Judge Chief Judge Linda R. Reade |
| CHAN GIA DUONG | Deputy Clerk Ryan Leemkuil |
| Defendant(s). | Court Reporter Patrice Murray |
| Trial Dates  Sentencing hearing 08/01/2011 | Plaintiff Att'y Pat Reinert |
| | Defendant Att'y Timothy McCarthy, II |

| # | PLAINTIFF Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| # | DEFENSE Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| 1 | Chan Gia Duong | 08/1/2011  1:56 p.m. | 8/1/2011  1:58 p.m. |
| | | | |
| | | | |

* Exhibit Receipted to Task Force Officer

** A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | COURT Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | PLAINTIFF Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | Sentencing agreement | 8/1/2011 | Yes |
| | | | |
| | | | |

| Marked | DEFENSE Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |